UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| RYAN ENERGY TECHNOLOGIES U.S.A., INC. | CIVIL ACTION NO. 09-CV-1899 |
| VS. | JUDGE HAIK |
| CROWN DRILLING, INC.  *a/k/a* CROWN BDL., INC. | MAGISTRATE JUDGE HANNA |

## JURISDICTIONAL AMOUNT REVIEW

This complaint on two open accounts and for breach of contract was filed directly in federal court under 28 U.S.C. § 1332.  Plaintiff alleges that it provided defendant drilling, workover and/or ancillary services on two open accounts and that defendant has failed to pay the amounts due it on the accounts.  Plaintiff seeks $376,308.75 plus interest, costs, expenses and attorneys fees for failure to pay the amounts due on the two accounts and $376,308.75 plus interest for the breach of the two contracts.  A review of the Complaint shows that the requisite jurisdictional amount has been established.  Accordingly, no additional briefing is required.

Signed at Lafayette, Louisiana on this <u>5th</u> day of January, 2010.

Patrick J. Hanna
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)